# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

PHILIP A. IGNELZI, INDIVIDUALLY, : No. 192 WAL 2017
PHILIP A. IGNELZI AND MARIANNE :
IGNELZI, HUSBAND AND WIFE :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
OGG, CORDES, MURPHY AND IGNELZI, :
LLP; GARY J. OGG; SAMUEL J. :
CORDES; MICHAEL A. MURPHY, :
INDIVIDUALLY; MICHAEL A. MURPHY :
AND REBECCA MURPHY, HUSBAND :
AND WIFE; OGG, MURPHY, AND :
PERKOSKY, LLP; JOHN D. PERKOSKY; :
AND ESQUIRE REALTY ASSOCIATES :
:
:
:
PETITION OF: GARY J. OGG, MICHAEL :
A. MURPHY AND REBECCA MURPHY, :
OGG, MURPHY AND PERKOSKY, LLP :
AND JOHN D. PERKOSKY :

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Donohue did not participate in the consideration or decision of this matter.